1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **MARK LEE STINSON,** | CV F 00-6067 OWW DLB P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |
| **v.** | |
| **G. GALAZA, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to file and serve their objections to Magistrate Judge Dennis Bock's Findings and Recommendations Recommending Defendants' Motion for Summary Judgment be denied, and good cause having been found,

**IT IS ORDERED** that Defendants shall be granted an extension of time, to and including March 22, 2006, to file and serve their objections to the Findings and Recommendations.

20040383.wpd

CF2001663.IS IS SO ORDERED.

**Dated:    February 21, 2006**                    _____ /s/ **Dennis L. Beck**_____
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE

Order Granting EOT to File Objections to Findings and Recommendations    *Stinson v. Galaza, et al.*
Case No. CV F 00-6067 OWW DLB

1