IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MARK LEE STINSON,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**G. GALAZA, et al.,**<br><br>                                    Defendants. | CV F 00-6067 OWW DLB P<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |

The Court, having considered Defendants' request for a second extension of time to file and serve their objections to Magistrate Judge Dennis Beck's Findings and Recommendations Recommending Defendants' Motion for Summary Judgment be denied, and good cause having been found,

**IT IS ORDERED** that Defendants shall be granted an extension of time, to and including April 21, 2006, to file and serve their objections to the Findings and Recommendations.

00pc6067.ext.stinson.dm.wpd

CF2001cK61b IS SO ORDERED.

       **Dated:     March 29, 2006**                             **/s/ Dennis L. Beck**
3c0hj8                                                      UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting EOT to File Objections to Findings and Recommendations         *Stinson v. Galaza, et al.*
                                                                                   Case No. CV F 00-6067 OWW DLB

1