UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LEE STINSON,<br><br>        Plaintiff,<br><br>vs.<br><br>G. GALAZA, et al.,<br><br>        Defendants.<br>_____/ | 1:00-cv-06067-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 129)<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT** (Doc. 122) |

    Plaintiff, Mark Lee Stinson ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 30, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On February 17, 2006, defendants filed a request to extend time. On February 22, 2006, the court granted defendants until March 22, 2006, to respond. On March 21, 2006, defendants filed a second request to extend time. On March 29, 2006, the Court granted defendants until April 21, 2006 to respond. To date, no

1 objections have been filed.

2     In accordance with the provisions of 28 U.S.C.
3 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
5 entire file, the Court finds the Findings and Recommendations to
6 be supported by the record and by proper analysis.

7     Accordingly, IT IS HEREBY ORDERED that:

8     1.  The Findings and Recommendations, filed January 30,
9 2006, are ADOPTED IN FULL; and,

10     2.  Defendants' motion for summary judgment, filed May 16,
11 2005, is DENIED.

12 IT IS SO ORDERED.

13 **Dated:   May 23, 2006**            /s/ Oliver W. Wanger
emm0d6                                UNITED STATES DISTRICT JUDGE