# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LEE STINSON, | 1:00-CV-6067 LJO DLB P |
| Plaintiff, | |
| vs. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT WITNESS FOR PLAINTIFF** |
| G. M. GALAZA, et al., | |
| Defendants. | **As to Festus Butler, CDC J-15885** |

**Festus Butler**, inmate CDC# J-15885, a necessary and material witness for the plaintiff in proceedings in this case on April 2, 2007, is confined at California Medical Facility, 1600 California Drive, PO Box 2000, Vacaville, California 95696, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 7th Floor, Courtroom #4, United States Courthouse, 2500 Tulare Street, Fresno, California on April 2, 2007, at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Medical Facility, 1600 California Drive, PO Box 2000, Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:   **March 6, 2007**          /s/ **Dennis L. Beck**
3c0hj8                    UNITED STATES MAGISTRATE JUDGE