# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LEE STINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. GALAZA, et.al.,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:00-CV-6067-LJO DLB-P<br><br>ORDER VACATING MARCH 6, 2007 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO MARK LEE STINSON, CDC #J 08381<br><br>(DOCUMENT #167) |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On March 6, 2007, the Court issued an order and Writ of Habeas Corpus ad Testificandum commanding the Warden of California Medical Facility to produce California prisoner Mark Lee Stinson, CDC #J-08381, in this Court on April 2, 2007, to testify at trial in this action.

　　　　On March 20, 2007, this action was dismissed. Accordingly, due to this dismissal, IT IS ORDERED that the Court's order of March 6, 2007, ordering that a Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issued on March 6, 2007, commanding the production of inmate Mark Lee Stinson be VACATED.

　　　　IT IS SO ORDERED.

　　　　Dated:　**March 20, 2007**　　　　　　　　/s/ **Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1