MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendants,
R. ROPER, D. ORTIZ, B. COOKE and
D. GOFF

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARK LEE STINSON, | CASE NO. 1:00-CV-00-6067 LJO DLB P |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1) & (2)]** |
| vs. | |
| G. GALAZA, et al., | Trial:  April 2, 2007<br>Before: Hon. Lawrence J. O'Neill |
| Defendants. | |

It is hereby stipulated, pursuant to Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, by and between the plaintiff, MARK LEE STINSON, in pro per, and defendants R. ROPER, D. ORTIZ, B. COOKE, and D. GOFF, by and through their attorney, Jonathan B. Paul, that the above-captioned action be and hereby is dismissed with prejudice forthwith at the request of Plaintiff made on the afternoon of March 19, 2007. Each side shall bear their own costs and attorneys fees.

Dated: March 20, 2007

/s/_____
MARK LEE STINSON, In Pro Per

1 | Dated: March 20, 2007                MORENO & RIVERA, LLP

2

3 |                                                          /s/
         JONATHAN B. PAUL
4 |                                                          Attorney for Defendants, R. ROPER, D. ORTIZ, B.
         COOKE and D. GOFF
5

6 |       In consideration of the Stipulation entered by the parties, the <u>Stinson v. Galaza et. al.</u>,

7 | United States District Court, Eastern District of California, Fresno Division, Case No. 1:00-CV-

8 | 00-6067 LJO DLB P is hereby dismissed with prejudice pursuant to Federal Rule of Civil

9 | Procedure 41(a)(1) and (2).

10 |      IT IS SO ORDERED.

11 | **Dated:   March 20, 2007**              /s/ Lawrence J. O'Neill
     66h44d                                   UNITED STATES DISTRICT JUDGE

12