1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARK LEE STINSON,

                  Plaintiff,

    v.

G. GALAZA, et.al.,

                  Defendant.

_____/

CASE NO. 1:00-CV-6067-LJO DLB-P

ORDER REQUIRING DEFENDANTS TO
RESPOND TO PLAINTIFF'S MOTION TO
REINSTATE CLAIM

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On March 20, 2007, this action was dismissed pursuant to the parties' stipulation. On October 17, 2007, plaintiff filed a motion to reinstate the claim, arguing that the stipulation was invalid. Defendants are HEREBY ORDERED to respond to plaintiff's motion within 20 days of this order.

      IT IS SO ORDERED.

**Dated:**   **October 19, 2007**               **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE